AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro Torres Estrada | ) Case No. | 1:25-mj-00267-DKG |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

OCT 15 2025

RECEIVED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Alejandro Torres Estrada
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date:  10/15/2025

*Issuing officer's signature*

City and state:  Boise, Idaho

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* | 10.15.2025 | , and the person was arrested on *(date)* | 10.19.2025 |
|---|---|---|---|
| at *(city and state)*  Wilder, ID | | | |

Date:  10.19.2025

TME
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:  Alejandro Torres Estrada
Known aliases:
Last known residence:  1107 N Elizabeth Street, Milton Freewater, OR 97862
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:  Mexico
Date of birth:  02/26/1969
Social Security number:
Height: _____    Weight: _____
Sex:  Male              Race: _____
Hair: _____     Eyes: _____
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: